1074

[Nos. 8807–0–II; 8808–8–II; 8809–6–II. Division Two. May 21, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v.
STEPHEN G. HENDERSON, *Respondent.*

THE STATE OF WASHINGTON, *Appellant,* v.
JESS KING, *Respondent.*

Appeals from judgments of the Superior Court for Thurston County, Nos. C–4806, C–4809, C–4708, Daniel J. Berschauer, J., entered May 17, 1985. *Reversed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Kolbaba and Kruse, JJ. Pro Tem.

[No. 16652–2–I. Division One. May 26, 1987.]

TIMOTHY ALLEN MARTIN, *Appellant,* v. ALBERTSONS, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–05280–0, Frank H. Roberts, Jr., J., entered June 13, 1985. *Reversed* by unpublished opinion per Cone, J. Pro Tem., concurred in by Callow and Revelle, JJ. Pro Tem.

[No. 16829–1–I. Division One. May 26, 1987.]

JOHN J. ROWLAND, *Appellant,* v. HARTFORD CASUALTY
INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–08959–0, David C. Hunter, J., entered June 17, 1985. *Affirmed* by unpublished opinion per Knight, J. Pro Tem., concurred in by Andersen and Patrick, JJ. Pro Tem.